UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 1:07-cr-00152 (ESH) |
| : | |
| **HELERY R. PRICE,** : | |
| : | |
| **Defendant.** : | |

## GOVERNMENT'S MOTION TO SEAL AND SUBSTITUE AN EXHIBIT TO ITS OPPOSITION TO DEFENDANT'S MOTION

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Honorable Court to order that Exhibit C of the Government's Opposition to Defendant's Motion for Compassionate Release be filed under seal and the attached Exhibit C be substituted therefore in the public docket. As grounds for this request, the government informs the Court its original Exhibit failed to redact personally identifiable information pertaining to defendant.

**WHEREFORE**, for the reasons presented above, and for such other grounds that may appear to the Court, the United States respectfully requests that this motion be granted.

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

JOHN P. GIDEZ
Assistant United States Attorney
Deputy Chief, Special Proceedings Division

*/s/ Amanda Williams*
AMANDA WILLIAMS
Assistant United States Attorney
Ohio Bar Number 0087052
Special Proceedings Division
555 Fourth Street, N.W.
Washington, D.C. 20530

(202) 809-2057
Amanda.williams3@usdoj.gov

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on October 15, 2020, I caused a copy of the foregoing to be served via the Court's Electronic Case Filing System upon:

A.J. Kramer
Federal Public Defender
625 Indiana Ave. NW, Ste. 550
Washington, DC 20004

              */s/ Amanda Williams*
              AMANDA WILLIAMS
              Assistant United States Attorney