# Government

# Exhibit C

```
  BOPEG   535.03 *              INMATE PROFILE              *     08-14-2020
PAGE 001                                                          07:51:46
          18064-016              REG
REGNO: 18064-016              FUNCTION: PRT DOB/AGE.: ███████████ / 57
NAME.: PRICE, HELERY                       R/S/ETH.: B/M/O    WALSH: NO
RSP..: LEW-LEWISBURG USP                   MILEAGE.: 144 MILES
PHONE: 570-523-1251      FAX: 570-522-7745
 PROJ REL METHOD: LIFE                     FBI NO..: 782142X9
 PROJ REL DATE..: N/A                      INS NO..: N/A
 PAR ELIG DATE..: N/A                      SSN.....: ███████████
 PAR HEAR DATE..:             PSYCH: NO    DETAINER: NO     CMC..: YES
OFFN/CHG RMKS: CR 07-152-6 CONSP TO PWITD AND DIST 1KG OR MORE OF PCP.
OFFN/CHG RMKS: LIFE/ 10 YRS SRT
   FACL CATEGORY    - - - - - CURRENT ASSIGNMENT - - - - - - EFF DATE  TIME
   LEW  ADM-REL    A-DES      DESIGNATED, AT ASSIGNED FACIL  11-21-2018 1832
   LEW  CARE LEVEL CARE1      HEALTHY OR SIMPLE CHRONIC CARE 10-14-2008 1330
   LEW  CARE LEVEL ██████     ████████████████████          07-07-2010 1427
   LEW  COR COUNSL F-BLOCK    G. SHUCK                       02-27-2020 1044
   LEW  CASE MGT   BIR CERT N BIRTH CERTIFICATE - NO         07-24-2018 1358
   LEW  CASE MGT   DEPEND N   DEPENDENTS UNDER 21 - NO       08-12-2018 0823
   LEW  CASE MGT   PHOTO ID N PHOTO ID - NO                  08-12-2018 0823
   LEW  CASE MGT   RPP NEEDS  RELEASE PREP PGM NEEDS         01-12-2015 1411
   LEW  CASE MGT   SSN CARD N SOCIAL SECURITY CARD - NO      07-24-2018 1358
   LEW  CASE MGT   VET P/S N  PARENT/SPOUSE VETERAN - NO     08-12-2018 0823
   LEW  CASE MGT   VETERAN N  VETERAN - NO                   08-12-2018 0823
   LEW  CASE MGT   V94 CDA913 V94 CURR DRG TRAF ON/AFT 91394 12-05-2008 1047
   LEW  CASE MGT   V94 CDB913 V94 CURR DRG TRAF BEFORE 91394 01-24-1996 2034
   LEW  CASE MGT   V94 PV     V94 PAST VIOLENCE              01-24-1996 2039
   LEW  CASE MGT   WA NO HIST NO WALSH ACT OFFENSE HISTORY   08-22-2008 1434
   LEW  CORR SVCS  RAN NEG    RANDOM DRG TST-NEGATIVE        01-04-2001 0444
   LEW  CORR SVCS  SAT NEG    SATURATION DRG TST-NEGATIVE    06-28-2001 0805
   LEW  CASEWORKER F-BLOCK    M. VARGESON                    02-27-2020 1048
   LEW  CUSTODY    IN         IN CUSTODY                     08-22-2008 1427
   LEW  DRUG PGMS  ED COMP    DRUG EDUCATION COMPLETE        09-10-2009 1033
   LEW  DESIG/SENT ALPHA      TEAM ALPHA                     08-22-2008 1434
   LEW  DESIG/SENT FDCD YES   FDCD-FULLY COMPLIED W/JUD REC  08-25-2008 1056
   LEW  EDUC INFO  ESL HAS    ENGLISH PROFICIENT             01-26-1995 1427
   LEW  EDUC INFO  GED HAS    COMPLETED GED OR HS DIPLOMA    04-05-1995 1409
   LEW  FIN RESP   NO OBLG    FINANC RESP-NO OBLIGATION      08-07-2013 0820
   LEW  FIRST STEP FTC INELIG FTC-INELIGIBLE-REVIEWED        11-20-2019 1444
   LEW  FIRST STEP N-DYSLEX N NEED - DYSLEXIA NO             08-02-2020 1246
   LEW  FIRST STEP N-FIN PV Y NEED - FINANCE/POVERTY YES     08-03-2020 1133
   LEW  FIRST STEP N-WORK Y   NEED - WORK YES                08-02-2020 1246
   LEW  FIRST STEP R-LW       LOW RISK RECIDIVISM LEVEL      07-13-2020 0955
   LEW  LEVEL      MEDIUM     SECURITY CLASSIFICATION MEDIUM 12-17-2019 0931
   LEW  MED DY ST  NO PAPER   NO PAPER MEDICAL RECORD        11-14-2008 1414
   LEW  MED DY ST  REG DUTY   NO MEDICAL RESTR--REGULAR DUTY 10-22-2008 1017
   LEW  MED DY ST  YES F/S    CLEARED FOR FOOD SERVICE       03-23-2017 0956
   LEW  PGM REVIEW JAN        JANUARY PROGRAM REVIEW         01-08-2021 1116
   LEW  QUARTERS   F01-109U   HOUSE F/RANGE 01/BED 109U      02-27-2020 1029
   LEW  ██████     ████████   ██████████████                01-19-1995 1931
   LEW  UNIT       F-BLOCK    A. COTTERALL                   01-21-2020 1303
   LEW  WAITNG LST A&O COMP   COMPLETED A&O                  03-29-2017 1400

 G0002       MORE PAGES TO FOLLOW . . .
```

```
  BOPEG  535.03 *               INMATE PROFILE             *      08-14-2020
PAGE 002 OF 002                                                  07:51:46
         18064-016             REG
REGNO: 18064-016                 FUNCTION: PRT DOB/AGE.: ████████ / 57
NAME.: PRICE, HELERY                      R/S/ETH.: B/M/O    WALSH: NO
RSP..: LEW-LEWISBURG USP                  MILEAGE.: 144 MILES
PHONE: 570-523-1251         FAX: 570-522-7745
  FACL CATEGORY   - - - - -  CURRENT ASSIGNMENT - - - - - -  EFF DATE  TIME
  LEW  WAITNG LST MAIL MON   MAIL MONITORING                 10-02-2017 1113
  LEW  WRK DETAIL ORD F      ORDERLY F UNIT                  03-10-2020 1258
```

```
  G0000       TRANSACTION SUCCESSFULLY COMPLETED
```